

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-11-00531-CR, 04-11-00532-CR & 04-11-0533-CR

Jason Christopher **MIEARS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2009-CR-6566, 2009-CR-6567 & 2009-CR-6568
Honorable Ron Rangel,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2013.

_____
Luz Elena D. Chapa, Justice

---

[1] This case was assigned to the 379th Judicial District Court of Bexar County, Texas, in which the Honorable Ron Rangel is the presiding judge. Judge Rangel ruled on Miears's motion to suppress and presided over the plea hearing. However, the competency trial was conducted by the Honorable Andrew W. Carruthers, Criminal Magistrate Judge.